**Albert Ross BROWN, petitioner, v.
UNITED STATES. No. 84–7007.**
Supreme Court of the United States.

Nov. 12, 1985.  The petition for rehearing is denied.